In the Matter of RONALD RIVERS, Appellant, v GEORGE ALEXANDER, as Chair of the Division of Parole, Respondent.

Submitted March 1, 2010; decided April 29, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).